555 New

1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT 42 U.S.C §§ 1983

2
                                                                    APR 29 2008
3    Name  JEFFERSON  DARRYL                          RICHARD W. WIEKING
                                                      CLERK, U.S. DISTRICT COURT
4        (Last)          (First)          (Initial)   NORTHERN DISTRICT OF CALIFORNIA

5    Prisoner Number  P-48269

6    Institutional Address  P. O. BOX 8800  CORCORAN

7    CALIFORNIA 93212-8800

8    ==================================================

9                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10
       DARRYL  JEFFERSON          CV 08    2230
11   (Enter the full name of plaintiff in this action.)

12                vs.                E-filing Case No. _____
                                              (To be provided by the clerk of court)
13   DR. ROBERT PHANG

14   PHYSICIAN / DENTIST )         COMPLAINT UNDER THE
                                   CIVIL RIGHTS ACT,
15   PELICAN BAY STATE )           42 U.S.C §§ 1983   JSW

16   PRISON ( CALIFORNIA )
     (Enter the full name of the defendant(s) in this action))
17                            )            (PR)

18   [All questions on this complaint form must be answered in order for your action to proceed..]

19   I.    Exhaustion of Administrative Remedies

20         [Note: You must exhaust your administrative remedies before your claim can go

21         forward. The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement  CORCORAN STATE PRISON

23         B.    Is there a grievance procedure in this institution?

24                    YES (X)    NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26               procedure?

27                    YES (X)    NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the

     COMPLAINT # 1A-18-2007-  - 1 -
                  08847

1  appeal at each level of review. If you did not pursue a certain level of appeal,

2  explain why.

3  1. Informal appeal _BYPASSED_

4  _APPEAL # IA-18-2007-00847_

5  _____ 2. First

6  formal level _BYPASSED_

7  _APPEAL # IA-18-2007-00847_

8

9  3. Second formal level _DENIED 7·16·07_

10  _APPEAL # IA-18-2007-00847_

11  _____ 4 Third

12  formal level _DENIED 11-6-07_

13  _APPEAL # IA-18-2007-00847_

14

15  E.  Is the last level to which you appealed the highest level of appeal available to

16  you?

17  YES (X)    NO ( )

18  F.  If you did not present your claim for review through the grievance procedure,

19  explain why._____

20  _____

21  _____

22  II.  Parties

23  A.  Write your name and your present address. Do the same for additional plaintiffs,

24  if any.

25  _DARRYL JEFFERSON P.O. BOX 8800_

26  _CORCORAN, CA. 93212_

27

28  B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1   place of employment.

2   DR. ROBERT PHANG PHYSICIAN / DENTIST

3   PELICAN BAY STATE PRISON CALIFORNIA

4   DEPARTMENT OF CORRECTIONS AND REHABILI-

5   TATION

6   _____III.

7   Statement of Claim

8        State here as briefly as possible the facts of your case. Be sure to describe how each

9   defendant is involved and to include dates, when possible. Do not give any legal arguments or

10   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11   separate numbered paragraph.

12   ON 5-21-2007 COMPLAINANT WAS SUMMONED TO THE

13   DENTAL OFFICE AT PELICAN BAY STATE PRISON VIA A

14   DENTAL REQUEST SLIP FOR COMPLAINTS OF EXTREME

15   PAIN TO THE LEFT LOWER JAW AREA. THE DENTIST

16   DR. ROBERT PHANG ORDERED HIS ASSISTANT TO TAKE

17   X-RAYS OF THE AREA IN QUESTION. HE THEN EX-

18   PLAINED TO THE COMPLAINANT THAT A WISDOM

19   TOOTH UNDERNEATH THE GUM WAS TRYING TO COME

20   THROUGH AND WAS CAUSING INFLAMMATION.

21   DR. ROBERT PHANG THEN ADVISED COMPLAINANT, IT

22   WOULD REQUIRE A SURGICAL PROCEDURE.

23   DR. ROBERT PHANG THEN PLACED COMPLAINANT ON

24   ORAL RINSE    ( CONTINUED ON ATTACHMENT )

25   IV.    Relief

26        Your complaint cannot go forward unless you request specific relief. State briefly exactly

27   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28   1. FOR GENERAL DAMAGES ACCORDING TO PROOF.

COMPLAINT                                    - 3 -

III continued . .

(RX # 114319 2 X's A day for 30 sec.) And
(Clindemycin 300 MG # 114317 3 X's A
day until exhausted). On 6-4-07
complainant returned to Dr. Robert
Phang for removal of the wisdom
tooth. After the area was numbed
with six shots of dental anesthetics
Dr. Phang began cutting into the
gum. 30 minutes into the procedure
he called his assistance to get the
stitches. After placing 4 stitches
into complainants gum he looked
at the X-ray photo and ordered an-
other X-ray. He then told his assistant
"there's no tooth there." After complet-
ing the stitching of complainants
gum, complainant was placed on a
softy diet from June 4, 2007 until
July 29 2007; ensure 6 X's a day
for the first 2 weeks. during that
period complainant was in great pain
and there is a deep pocket left
in complainants gum.

1   2. FOR PUNITIVE DAMAGES, ACCORDING TO PROOF

2   3. FOR SPECIAL DAMAGES ACCORDING TO PROOF

3   4. FOR REASONABLE ATTORNEYS FEES PURSUANT TO

4   42 U.S.C. 1788

5   5. FOR COST OF THE SUIT; AND FOR SUCH OTHER

6   AND FURTHER RELIEF AS THE COURT MAY DEEM JUST.

7       I declare under penalty of perjury that the foregoing is true and correct.

8

9   X    Signed this __4__ day of __2__ , 20 08

10

11              X

12              (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 4 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

The filing fee for any civil action other than a habeas is $250.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $150.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $150.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER-Rev. 6/02

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:    NOV 0 6 2007

In re:    Darryl Jefferson, P48269
California State Prison, Corcoran
P.O. Box 8800
Corcoran, CA 93212-8800

IAB Case No.: 0703396         Local Log No.: PBSP-07-00847

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner R. Pimentel, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I    APPELLANT'S ARGUMENT: It is the appellant's position that the dentist at Pelican Bay State Prison (PBSP) performed unnecessary surgery on his tooth and that the surgery caused him unnecessary pain and discomfort. The appellant contends that the dentist x-rayed his mouth and informed him that he had an impacted wisdom tooth which must be removed; however, during the surgery the dentist realized that there was no tooth present. The appellant contends that this constitutes medical malpractice; therefore, he should receive monetary compensation.

II    SECOND LEVEL'S DECISION: The First Level of Review (FLR) was conducted by Dr. Phang who is the dentist that performed the procedure. The FLR noted that the surgical site is being treated and that the appellant is healing. The Second Level of Review (SLR) found that Dr. Phang made notations in the appellant's Unit Health Record that based upon the appellant's symptoms and x-rays of the appellant's mouth, Dr. Phang diagnosed that the appellant was suffering from an impacted wisdom tooth. The SLR noted that during the procedure Dr. Phang did not find the wisdom tooth and the surgical site was closed with four sutures. The SLR noted that Dr. Phang based his diagnosis of an impacted wisdom tooth upon the x-rays and the appellant's complaints and that negligence was not indicated. The SLR noted that the during the appellant's recent follow-up examination the surgical site is healing and the appellant will continued to receive follow-up care. The SLR denied the appeal.

III    DIRECTOR'S LEVEL DECISION: Appeal is denied.

A. FINDINGS: The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR. The PBSP reviewers found that the appellant was diagnosed with an impacted wisdom tooth which required surgical intervention; however, during surgery no tooth was found. The appellant argues that this constitutes negligence; however, he has failed to present specific evidence that Dr. Phang was intentionally negligent in the dental care that was provided to the appellant. The Director's Level of Review (DLR) notes that the appellant is receiving follow-up care to ensure that the surgical site heals fully. California Code of Regulations, Title 15, Section (CCR) 3084.1 (a) states "Any inmate or parolee under the department's jurisdiction may appeal any departmental decision, action, condition, or policy which they can demonstrate as having an adverse effect upon their welfare." The DLR finds that the appellant has not presented any evidence that the dental care he was provided has had any adverse effect upon his confinement, or health. Dr. Phang is a licensed dentist and he made a diagnosis based upon the available information. Dr. Phang based his diagnosis on the x-rays of the appellant's mouth and the appellant's complaints of pain. Dr. Phang's diagnosis was incorrect and there was no impacted wisdom tooth; however, the evidence does not indicate that Dr. Phang was willfully negligent in the dental care he provided the appellant. The appellant's assertions that he warrants monetary compensation are without merit. Therefore no relief is provided at the DLR.

B. BASIS FOR THE DECISION:
CCR: 3000, 3001, 3084.1, 3084.2, 3350, 3354

DARRYL JEFFERSON, P48269
CASE NO. 0703396
PAGE 2

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, COR
        Health Care Manager, COR
        Appeals Coordinator, COR
        Medical Appeals Analyst, COR
        Appeals Coordinator, PBSP
        Medical Appeals Analyst, PBSP

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    **PBSP**

Log No.    Category

1. _____    1. IA-18-2007-00847   8/8
2. _____    2. _____   Claims poor Dental Care

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| D. Jefferson | P-48269 | N/A | B-5/230 |

A. Describe Problem: On 5/21/07 I went to Pelican Bay Dental office for a sick cell slip, I billied one out to see the Dentist for my lower left side jaw was in flame. The Dentist order some x-ray to be tak'in. After Reviewing the x-ray, He explein to me "there a wisdom tooth Pushing through the gum's.

cont on 1 of 1.

If you need more space, attach one additional sheet.

B. Action Requested: Dental malpretice on negligance resulted in Personal injury seeking money blomges on relife from Pelican Bay state prision warden, cheif of Dental, Physicen Dr. Robert Phong.

Inmate/Parolee Signature: _____    Date Submitted: 6-19-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: 

**BYPASS**

Staff Signature: _____    Date Returned to Inmate: _____

JUL 30 2007
APPEALS BRANCH

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC-128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

1st
JUN 2 1 2007    JUL 0 ? 2007    2nd
JUL 10 2007

Cont 1 of

A.) Which Had made the Gums In Flame,
Physician Dr. Robert Pheng then advise me
it would required a Surgical Procedure.
In order to remove the wisdom tooth.
DR. Pheng took one more look at the X-Ray
on then prescribe oral Rinse #114319,
Clindamycin #114317 for the next 14 Day's.

On 6-4-07 was the Day of surgical Procedure
for remaving the wisdom tooth. Begin to
administer the medication.   30 minutes
into the surgical Procedure the Dr. order's
His Asstitant take another X-Ray. Hem
then begins to close up the Gum area with
13 Stitches. Dr. Pheng looks at the 2nd
X-Ray on tells His Asstitant there wasn't a
tooth there. He return to my mouth on
Begin to close the remaing Area's of the
Gums. There was no tooth in the area
He was cutting. no wisdom tooth on the
X-Ray He read it wrong. Since 6-4-07
the lower left side of my Gum lines has
not Healed. I Been on Aspirin Ibuprofen
for Pain. My Gums are no longer secured
to my lower Back teeth. Area. Water ect
get's in Between my Back teeth. I was
Place on a soft Diet, insure for a surgical
Procedure that Didn't need to Be Perform.
medical negligence By Dr. Robert Pheng. I'm
in constant Pai.

SECOND LEVEL APPEAL RESPONSE

RE:   PELICAN BAY STATE PRISON
      Appeal Log: IA-18-2007-00847
      Inmate: JEFFERSON P48269

Maureen McLean, FNP, Health Care Manager at Pelican Bay State Prison, (PBSP) reviewed this matter. Joseph Kravitz, Correctional Counselor II, conducted the Appeal at the Second Level of Review on July 16, 2007.

**APPEAL ISSUE:** You filed this CDC 602 on June 19, 2007 stating that on May 21, 2007 you sent a request for services to the dental department as you were experiencing pain in your left lower jaw area. You further stated that the dentist ordered x-rays and after reviewing the x-rays he explained to you that 'there was a wisdom tooth pushing through your gums'. You were told you needed to have a surgical procedure to remove the tooth. You stated June 4, 2007 was the day of the surgical procedure. You claim approximately 30 minutes into the procedure the dentist ordered his assistant to obtain another x-ray. You claim Dr. Phang began to close up the surgical site and then told his assistant there was 'not a tooth there'. You claim that since the procedure of June 4, 2007 your lower left gum line has not healed. You are claiming medical negligence. For resolution of this appeal you are asking for monetary compensation. Dr. Phang answered this appeal at the first level stating that he fully intends to seek the relief of the surgical site. He also notes the healing has progressed gradually. He also stated he would be monitoring the healing over the next few months.

**FINDINGS:** A review of your appeal, including staff's efforts to resolve the appeal at the informal level and at the first formal level, together with your responses, has been completed. All submitted documentation and supporting arguments of the appellant have been considered.

I, M. McLean, FNP, Health Care Manager, was assigned to investigate your allegations. J. Kravitz, CC II, reviewed your appeal and responses on July 16, 2007. Your medical file was reviewed. On June 4, 2007 there is a notation by Dr. Phang that tooth #17 was not visible in the mouth. A surgical procedure was performed and the 3Rd molar was not visible. Dr. Phang informed you that the wisdom tooth was not there and some bone was removed. You were also told that 4 sutures were placed and that he (Dr. Phang) would see that you were rescheduled to monitor your healing process. Based on previous x-rays and the symptoms you presented to the clinic with, Dr. Phang was reasonably sure you had an impacted wisdom tooth. Unfortunately this was not the case. There is no evidence to substantiate your claim of negligence. Dr. Phang provided care he believed you needed based on his interpretation of the x-ray and the symptoms you presented. The latest notes in your file indicated your surgical area is healing. Your request for monetary compensation is beyond the scope of the inmate appeals process. You will continue to be followed by Dr. Phang until your mouth is fully healed. If you have increased pain, questions and or concerns between appointments you are advised to notify the dental staff via the CDC 7362 process. This concludes the review of this appeal at the second level.

**DECISION:** The Appeal is denied.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

JOSEPH KRAVITZ          Date                    MAUREEN MCLEAN, FNP    Date
Correctional Counselor II                       Health Care Manager

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:
I am over 18 years of age, and a party to the within action.
My address is: DARRYL JEFFERSON P-48269
P.O. BOX 8800
CORCORAN, CA. 93212

On ________________, I served a copy of the attached
USC 42 SECTION 1983

On the below-named persons by placing a true copy thereof in envelope addressed as follows, with first class postage thereon fully prepaid, and delivering the sealed envelopes, according to the procedures prescribed for sending legal mail, to the proper institutional official for deposit in the United States mail at Corcoran, in the County of Kings, California.

DEL NARTE COUNTY
SUPERIOR COURT
450 "H" STREET ROOM 209
CRESENT CITY CA.
95531

Executed under penalty of perjury this 2 day of 4-2, 2008 at Corcoran, California.

DECLARANT

STATE OF CALIFORNIA- DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, Governor
DIVISION OF ADULT INSTITUTIONS
**CALIFORNIA STATE PRISON-CORCORAN**
4001 KING AVENUE, P.O. BOX 8800
CORCORAN, CA 93212
(559) 992-8800



# STAFF NOTIFICATION

Date Assigned: ___3/28/2008___   Date Due: ___4/7/2008___   **Log #:** ___07-211___

To:    _____MCCLURE_____ ,Capt.        _____CHASTAIN_____ , CCI
              *(Printed Name)*                              *(Printed Name)*

___JEFFERSON___          ___P48269___              ___3A03-225L___
    *(Inmate Name)*            *(CDC#)*                   *(Housing Unit)*

Please sign and date the attached 128-B Chrono and forward to Records. Note the box checked below and respond in the appropriate manner. ***Return completed route slip and all relevant documents to Litigation's within 5 working days.***

☐    Serve all copies of the attached "Documents" to the above referenced inmate. Indicate the date and time the documents were served at the bottom of this memo and **return it to the Litigation Office.**

☐    Serve all copies of the attached "Documents" to the above referenced inmate. Indicate the date and time the documents were served at the bottom of this memo. **Complete the enclosed Proof of Service(s) and return it to the Litigation Office.**

☒    Trust Account Statement to be completed according to attached procedure.

☐    Other:

_____

_____

If you have any questions, contact the Litigation Office at extension 5667 or 6174.

___*Scott Altnow*___                     ___*Theresa Lloren*___
**Litigation Coordinator**                    **Staff Service Analyst**

**DATE SERVED:** _____

**TIME SERVED:** _____

**Print & Sign Name of person serving:**_____

NAME and NUMBER                                               CDC-128-B (Rev. 1/74)

___ **JEFFERSON, CDC#** _____ **P48269** _____

On _____ at _____ am / pm, I served inmate ____ **JEFFERSON** _____ with **Certified Trust Account Documents** from the **Trust Office.**

CHASTAIN _____            _____
**CCI Name (Sign / Print)**                      **Inmate Signature & CDC Number**

_____ **INFORMATIONAL** _____

## COURT FILING PROCESS AND PROCEDURE

### PROCESS:

The process is to ensure that:

♦ The inmate <u>does not have access</u> to the <u>original certified trust account statement.</u>

♦ The inmate's <u>legal documents and trust account statement arrive together at the court.</u>

♦ The <u>institution is not responsible for mailing the legal documents</u> to the courts.

### PROCEDURE:

♦ The inmate sends his <u>request</u> to the <u>Trust Office</u>.

♦ The Trust Office <u>completes the trust withdrawal forms</u> and provides any required attachments, <u>original document are forwarded</u> to the <u>Litigation Office.</u>

♦ The <u>Trust Office will provide the inmate with a copy</u>.

♦ The Litigation Office <u>logs the documents</u> and <u>forwards them</u> to the <u>inmate's assigned Correctional Counselor.</u>

♦ The Counselor inserts the <u>certified forms in the envelope in the presence of the inmate, seals the envelope,</u> and <u>processes it out of the institution</u> as <u>legal mail</u>.  <u>No additional copies will be provided</u>.

♦ The <u>Counselor completes the Litigation route slip</u>.  <u>Counselor and inmate</u> will sign 128B.

♦ If the Inmate <u>does not have his court documents ready to mail</u>, the <u>Counselor will attempt to complete the procedure one or two days later</u>.  If the inmate <u>still is not ready or refuses to follow the procedure</u>, the <u>attempt of service will be documented on the route slip</u> and all documents <u>will be returned to the Litigation Office</u> to be filed.  When the inmate is <u>ready he may request them</u> from the Trust Office.

## DEL NORTE SUPERIOR COURT
### 450 H. Street, Room 209
### Crescent City, California 95531
### (707) 464-8115

TO: DARRYL JEFFERSON                          DATE: 04/10/08


### THE SUBMITTED DOCUMENTS ARE RETURNED FOR
### THE FOLLOWING REASONS:

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*


### DOCUMENT SUBMITTED TO THE COURT

### (( SENT TO WRONG COURT ))


( x )    Other: It would appear that you have the wrong court for the documents you are
trying to file. Please resubmit to the U.S. District Court.

( )    Document does not comply with California Rules of Court.

( )    Document is illegible.

( )    Document contains excessive alterations or erasures.

( )    Filing fee not submitted with documents or Fee Waiver Application not provided.


### THE SUPERIOR COURT CLERK'S OFFICE IS PROHIBITED BY LAW FROM
### OFFERING OR GIVING LEGAL ADVICE. IF YOU HAVE ANY QUESTIONS,
### YOU MUST CONSULT AN ATTORNEY.

SANDRA LINDERMAN
COURT EXECUTIVE OFFICER

By _____
Deputy Clerk

DECLARATION OF SERVICE BY MAIL

CASE NAME Darryl Jefferson _____    CASE NO _____

   I am over 18 years of age, and a party to the within action. My
address is Post Office Box     Corcoran, CA 93212-

  On 4·16 _____ , 2008 I served a copy of the attached
Complaint By A Prisoner under the Civil Rights
Act 42. U.S.C. 1983 _____

on the below-named persons by placing a true copy thereof in envelopes
addressed as follows, with the postage thereon fully pre-paid, and
delivering the sealed envelopes to the proper institutional official
for deposit in the United States mail at Corcoran, California.

Executed under penalty of perjury this 16 day of April ;
2008 at Corcoran, California 93212-

_____
Declarant