E filing

FILED

APR 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

DARRYL JEFFERSON,

Plaintiff,

vs.

DR. RABERI PHANG

Defendant.

CASE NO. 2230 (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, DARRYL JEFFERSON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes _____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A _____   Net: _____ N/A _____

Employer: _____ N/A _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No.

- 1 -

1   and wages per month which you received.  (If you are imprisoned, specify the last place of

2   employment prior to imprisonment.)

3   _N /A_ _____

4   _____

5   _____

6   2.      Have you received, within the past twelve (12) months, any money from any of the following

7   sources:

8        a.      Business, Profession or                    Yes ____ No $\underline{X}$

9                self employment

10       b.      Income from stocks, bonds,                 Yes ____ No $\underline{X}$

11               or royalties?

12       c.      Rent payments?                             Yes ____ No $\underline{X}$

13       d.      Pensions, annuities, or                    Yes ____ No $\underline{X}$

14               life insurance payments?

15       e.      Federal or State welfare payments,         Yes ____ No $\underline{X}$

16               Social Security or other govern-

17               ment source?

18   If the answer is "yes" to any of the above, describe each source of money and state the amount

19   received from each.

20   _____

21   _____

22   3.      Are you married?                               Yes ____ No $\underline{X}$

23   Spouse's Full Name: _____ _N /A_ _____

24   Spouse's Place of Employment: ____ _N /A_ _____

25   Spouse's Monthly Salary, Wages or Income:

26   Gross $_____ _N/A_ _____ Net $_____ _N/A_

27   4.      a.      List amount you contribute to your spouse's support : $ _____ _N /A_

28          b.      List the persons other than your spouse who are dependent upon you for support
        PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 2 -

1    and indicate how much you contribute toward their support. (NOTE: For minor

2    children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3    _____

4    _____

5    5.    Do you own or are you buying a home?           Yes ___ No _X_

6    Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__

7    6.    Do you own an automobile?                      Yes ___ No _X_

8    Make ___N/A___ Year __N/A__ Model __N/A__

9    Is it financed? Yes ___ No ___ If so, Total due: $ _____

10    Monthly Payment: $ __N/A__

11    7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

12    Name(s) and address(es) of bank: __N/A__

13    _____

14    Present balance(s): $ __N/A__

15    Do you own any cash? Yes ___ No _X_ Amount: $ __N/A__

16    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17    market value.) Yes ___ No _X_

18    _____

19    8.    What are your monthly expenses?

20    Rent: $ __N/A__                    Utilities: __N/A__

21    Food: $ __N/A__                    Clothing: __N/A__

22    Charge Accounts:

23    Name of Account          Monthly Payment          Total Owed on This Acct.

24    __Δ.ΔΔ__          $ __Δ.ΔΔ__          $ __Δ.ΔΔ__

25    __Δ.ΔΔ__          $ __Δ.ΔΔ__          $ __Δ.ΔΔ__

26    __Δ.ΔΔ__          $ __Δ.ΔΔ__          $ __Δ.ΔΔ__

27    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

28    they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

1    _____N/A_____

2    _____

3    10.    Does the complaint which you are seeking to file raise claims that have been presented in

4    other lawsuits?                                    Yes ___ No _X_

5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6    they were filed.

7    _____N/A_____

8    _____

9         I consent to prison officials withdrawing from my trust account and paying to the court the

10    initial partial filing fee and all installment payments required by the court.

11        I declare under the penalty of perjury that the foregoing is true and correct and understand

12    that a false statement herein may result in the dismissal of my claims.

13

14    x 3-18-08                    x _____

15         DATE                         SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 4 -

1

2                                          Case Number: _____ _____

3

4

5

6

7

8

9                        **CERTIFICATE OF FUNDS**

10                                    **IN**

11                        **PRISONER'S ACCOUNT**

12

13        I certify that attached hereto is a true and correct copy of the prisoner's trust account

14    statement showing transactions of _LARRYL JEFFERSON_          for the last six months at
                                        _P - 48269_
15                                      [prisoner name]

16    _CSP-CORCORAN_ _____ where (s)he is confined.

17        [name of institution]

18        I further certify that the average deposits each month to this prisoner's account for the most

19    recent 6-month period were $ _2,82_     and the average balance in the prisoner's account

20    each month for the most recent 6-month period was $ _1,06_      .

21

22    Dated: _3/20/08_                    _D. Dear AC II_

23                                        [Authorized officer of the institution]

24

25

26

27

28

- 5 -

```
REPORT ID: TS3030   .701                                    REPORT DATE: 03/20/08
  .  .  .  .                                                     PAGE NO:      1        .     .  .
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIF. STATE PRISON CORCORAN
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 20, 2008

ACCOUNT NUMBER : P48269                          BED/CELL NUMBER: 3A0300000000225L
ACCOUNT NAME   : JEFFERSON, DARRYL BERNARD      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                             TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------  ---------- ---------- ----------- ----------- -----------

09/01/2007   BEGINNING BALANCE                                             0.00

10/25 D320 TRUST FUNDS T 1530/PBSP                 5.67                    5.67
11/14 W534 MEDICAL CHARG 1159110807                           5.00        0.67
12/19 W536 COPAY CHARGE  2196/11-19                           0.67        0.00
12/21*DD34 EFT DEPOSIT O 2242231830              11.25                   11.25
12/24 W516 LEGAL COPY CH 2263 11 29                           1.50        9.75
12/26 W512 LEGAL POSTAGE 2271/11-28                           1.31        8.44
   ACTIVITY FOR 2008
01/03 FC05 DRAW-FAC 5    2328/ADSEG                            8.44        0.00
```

* RESTITUTION ACCOUNT ACTIVITY

```
DATE SENTENCED: 07/22/99                           CASE NUMBER: BA186555
COUNTY CODE: LA                                    FINE AMOUNT: $    400.00

DATE      TRANS.   DESCRIPTION                     TRANS. AMT.     BALANCE
--------  ------   ------------------------------  -----------   -----------

09/01/2007   BEGINNING BALANCE                                      234.88

10/05/07  SU01    SYS TRNSF - POS                     147.37-       87.51
12/21/07  DR34    REST DED-EFT DEPOSIT                 12.50-       75.01
```

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

```
BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
BALANCE      DEPOSITS  WITHDRAWALS     BALANCE     BALANCE     TO BE POSTED
----------- ----------- ------------ ------------- ----------- --------------
    0.00       16.92       16.92         0.00        0.00          0.00
----------- ----------- ------------ ------------- ----------- --------------
```

CURRENT
AVAILABLE
BALANCE
--------------
0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/20/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY D. Dean. AC II
TRUST OFFICE