DATED 4·30·08

DARRYL Jefferson
P.O. Box 8457
LANCASTER, CA 93539-8457

RICHARD W. CLEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C8-2230 JSW

RE: DARRYL Jefferson v. Robert Ptwong and Pelician BAY STATE Prison.

Dear Clerk of the Court:

I'm writing you in regards to my civil case I've currently was transferred from Corcorn STATE PRISON and sent to CALIFORNIA STATE PRISON - Los Angeles County. My current address is P.O. Box 8457 LANCASTER, CALIFORNIA 93539-8457. Can you please sent all my documentation to this Address.

Sincerely yours,

DARRYL K. Jefferson
Planitff