1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:    (415) 703-5382
    Facsimile:    (415) 703-5480
6   Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendant R. Phang, D.D.S.

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | **DARRYL JEFFERSON,** | Case No. C 08-2230-JSW(PR)
12 |                   Plaintiff, | **DEFENDANT R. PHANG, D.D.S.'s NOTICE OF EX PARTE MOTION**
13 | v. | **AND MOTION TO MODIFY ORDER SETTING DATE FOR**
14 | **DR. ROBERT PHANG,** | **FILING MOTION FOR**
   | **PHYSICIAN/DENTIST, PELICAN BAY** | **SUMMARY JUDGMENT;**
15 | **STATE PRISON (CALIFORNIA),** | **MEMORANDUM OF POINTS AND AUTHORITIES;**
16 |                   Defendant. | **[PROPOSED] ORDER**

17                                   Hearing:        None set
                                     The Honorable Jeffrey S. White
18

19      **TO PLAINTIFF, DARRYL JEFFERSON:**

20      **PLEASE TAKE NOTICE** that on a date to be assigned by the Court, before the Honorable

21 Jeffrey S. White, in Courtroom 2, 17th Floor, United States Courthouse, Northern District, 450

22 Golden Gate Avenue, San Francisco, California, defendant R. Phang, D.D.S., will move the

23 court, by and through his counsel, the Office of the Attorney General, for an order modifying the

24 May 30, 2008, Order Of Service setting the date for filing Motion for Summary Judgment.  An

25 extension of 60 days is requested.

26      This motion is based upon this Notice of Motion, the accompanying papers, all other papers

27 and  pleadings on file herein, and on such oral and documentary evidence as may be presented at

28 the time of hearing, if any.

Ex Parte Motion to Modify Order Setting Dates For Filing MSJ         *JEFFERSON, Darryl v. Dr. Robert Phang*
                                                                          C 08-2230-JSW (PR)
                                        1

**MEMORANDUM OF POINTS AND AUTHORITIES**

Moving defendant is a dentist employed by the California Department of Corrections and Rehabilitation, Pelican Bay State Prison, Crescent City, California. Defendant respectfully requests that this Court modify its May 30, 2008, Order Of Service directing defendants to file a dispositive motion or notice that such a motion is unwarranted. The Order directs the filing of a dispositive motion or notice of non-filing within 90 days of the date of the Order.

The summons is dated June 4, 2008; however, it was not served until June 14, 2008. Defendant requested representation on July 24, 2008, and the undersigned deputy attorney general received the action on August 4, 2008. In order to prepare a motion for summary judgment, the undersigned deputy attorney general must subpoena records and contact defendant so that he may participate in preparation of a dispositive motion. Subpoenaing records of this kind will take 30 days. The subsequent information gathering will take at least another 30 days. As it stands, defendant's motion will be due on August 28, 2008. This will not allow sufficient time for records to be subpoenaed, much less reviewed and evaluated, and arguments formulated and written.

The moving defendant expects to file a meritorious dispositive motion under Rule 56, Federal Rules of Civil Procedure. The moving parties respectfully request continuing the date for filing a dispositive motion so that all relevant information can be obtained and utilized. An extension of time for this motion will not prejudice Plaintiff in any way. Defendant requests an extension of 90 days, thus his motion for summary judgment will be filed on or before November 26, 2008.

**THE COURT MAY MODIFY THE CASE MANAGEMENT SCHEDULE**

The Court has the authority to modify a Case Management schedule. Civil L.R. 16-2(d). The Court may also grant a motion for administrative relief. Civil L.R. 7-11. There is no date set forth in this action other than the date for defendant's dispositive motion and the subsequent opposition and reply. Defendant respectfully requests additional time in which to file his motion for summary judgment.

**CONCLUSION**

For the reasons set forth above, moving defendants respectfully ask that this Court:

\*    Set a new date and time for filing the Motion for Summary Judgment as on or before November 26, 2008.

Dated: August 11, 2008.

                              Respectfully submitted,

                              EDMUND G. BROWN JR.
                              Attorney General of the State of California


                              */s/ Jennifer C. Addams*

                              JENNIFER C. ADDAMS
                              Deputy Attorney General

                              Attorneys for Defendant
                              R. Phang, D.D.S.

40272125.wpd
SF2008402201

1 **ORDER**

2 The court having reviewed the Defendant's Motion to Modify Order Setting Date for Filing

3 Motion for Summary Judgment, and good cause appearing therefor,

4 IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment shall be filed

5 and served by mail on or before November 26, 2008.

6 Dated: _____, 2008.

7

8 _____
Honorable Jeffrey S. White
9 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex Parte Motion to Modify Order Setting Dates For Filing MSJ     *JEFFERSON, Darryl v. Dr. Robert Phang*
C 08-2230-JSW (PR)

4

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *JEFFERSON, Darryl v. Dr. Robert Phang*

No.   **C 08-2230-JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 11, 2008, I served the attached **DEFENDANT R. PHANG, D.D.S.'s NOTICE OF EX PARTE MOTION AND MOTION TO MODIFY ORDER SETTING DATE FOR FILING MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

>   Darryl Jefferson
>   P48269
>   California State Prison, Los Angeles County
>   44750 - 60th Street West
>   Lancaster, CA  93536-7620

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 11, 2008, at San Francisco, California.

|  C. Deuel  |  */s/ C. Deuel*  |
| :---: | :---: |
| Declarant | Signature |

40272597.wpd

EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
JENNIFER C. ADDAMS, State Bar No. 209355
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:     (415) 703-5382
 Facsimile:      (415) 703-5480
 Email:  Jennifer.Addams@doj.ca.gov

Attorneys for Defendant R. Phang, D.D.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL JEFFERSON,**<br><br>                                          Plaintiff,<br><br>     v.<br><br>**DR. ROBERT PHANG, PHYSICIAN/DENTIST, PELICAN BAY STATE PRISON (CALIFORNIA),**<br><br>                                          Defendant. | Case No. C 08-2230-JSW(PR)<br><br>**DECLARATION OF JENNIFER C. ADDAMS IN SUPPORT OF EX PARTE MOTION TO MODIFY SCHEDULING ORDER SETTING DATE FOR FILING MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:      None set<br>The Honorable Jeffrey S. White |

I, Jennifer C. Addams, declare:

1. I am a Deputy Attorney General for the State of California and attorney of record for defendant R. Phang, D.D.S.  If called upon to testify, I could and would competently testify as to the facts within this declaration, based on my personal knowledge.

2. On July 28, 2008, this lawsuit was received by the State Attorney General's Office in San Francisco.

3. On August 4, 2008, this case was assigned to Declarant.

4. I plan to file a meritorious dispositive motion under Rule 56, Federal Rules of Civil Procedure.

5. In order to prepare a motion for summary judgment, I must subpoena documents from the California Department of Corrections and Rehabilitation.  This process takes 30 days.

1  6.  After I receive the documents, I must evaluate them for use in my motion. I would not
2  have enough time to receive the records if the due date for the motion remained August 28, 2008.
3  I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and accurate.
5  Executed this 11th day of August, 2008, at San Francisco, California.

6
7                                    */s/ Jennifer C. Addams*
                                   _____
8                                      Jennifer C. Addams

15  40272133.wpd
    SF2008402201

Dec of Jennifer Addams In Support Of Motion to Modify Scheduling Order   *JEFFERSON, Darryl v. Dr. Robert Phang*
                                                                          C 08-2230-JSW (PR)
2

## **DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **JEFFERSON, Darryl v. Dr. Robert Phang**

No.   **C 08-2230-JSW(PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 11, 2008, I served the attached **DECLARATION OF JENNIFER C. ADDAMS IN SUPPORT OF EX PARTE MOTION TO MODIFY SCHEDULING ORDER SETTING DATE FOR FILING MOTION FOR SUMMARY JUDGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

> Darryl Jefferson
> P48269
> California State Prison, Los Angeles County
> 44750 - 60th Street West
> Lancaster, CA  93536-7620

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 11, 2008, at San Francisco, California.

| C. Deuel | /s/ C. Deuel |
|---|---|
| Declarant | Signature |

40272605.wpd