United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL JEFFERSON,

    Plaintiff,

v.

ROBERT PHANG,

    Defendant.

_____/

No. 08-02230 JSW

**ORDER GRANTING EX PARTE APPLICATION TO MODIFY ORDER SETTING DATE FOR FILING MOTION FOR SUMMARY JUDGMENT**
**(Docket No. 7)**

    The Court having reviewed the Defendant's Motion to Modify Order Setting Date for Filing Motion for Summary Judgment, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment shall be filed and served by mail on or before November 26, 2008.

    **IT IS SO ORDERED.**

Dated: August 22, 2008

                                                                        JEFFREY S. WHITE
                                                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRYL JEFFERSON,

    Plaintiff,

v.

ROBERT PHANG et al,

    Defendant.

                                      /

Case Number: CV08-02230 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Jefferson
P48269
P.O. Box 8457
Lancaster, CA 93539-8457

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk